EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2025 TSPR 48 |
| José A. Plaud González | 215 DPR ___ |

Número del Caso:  TS-11,630


Fecha:  2 de mayo de 2025


Representante legal del peticionario:

      Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

José A. Plaud González          TS-11,630

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de mayo de 2025.

Examinada la *Solicitud de reinstalación al ejercicio de la profesión legal,* presentada por José A. Plaud González, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena al licenciado Plaud González actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo